UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CARRIE CORRIGAN and
SHANE WHELCHEL,

        Plaintiffs,

     v.                          Case No. 20-C-1515

FIRST BANK AND TRUST COMPANY, et al.,

        Defendants.

---

## ORDER GRANTING MOTION TO COMPEL ARBITRATION

---

     Plaintiffs in the above matter sued a number of financial institutions and other entities for violations of the Fair Credit Reporting Act. 15 U.S.C. § 1681 et seq. One of the defendants, Citibank N.A., has filed a Motion to Compel Arbitration and Stay the Action. Citibank contends that the contract governing Plaintiffs' account requires arbitration of disputes arising out of the transaction. Plaintiffs do not oppose Citibank's motion.

     Based upon the foregoing, the Motion to Compel Arbitration is **GRANTED** and Citibank will be dismissed from this action. The action as to Citibank will not be stayed, since the action is expected to go forward and Plaintiffs' dispute with Citibank will be resolved through arbitration.

     **SO ORDERED** at Green Bay, Wisconsin this 17th day of December, 2020.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge